# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )
    v.                      )   2:09-CR-0108-GMN-LRL
                            )
JOSE LOPEZ-LOPEZ,           )
                            )
            Defendant.      )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on April 26, 2010, defendant Jose Lopez-Lopez pled guilty to Counts Three and Ten of a Ten-Count Criminal Indictment charging him in Count Three with Conspiracy to Distribute Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), and 846; and in Count Ten with Illegal Alien in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(5)(A).

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), that the United States of America has shown the requisite nexus between property set forth in Forfeiture Allegations One, Two, Five, Six, and Seven of the Bill of Particulars and the offenses to which defendant Jose Lopez-Lopez pled guilty.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B), Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c):

(1) a Smith and Wesson, Airlight Model .357 caliber revolver, with serial number DAW5184 and any and all related ammunition;

(2) a PW Arms 9 mm semi-automatic handgun, with serial number BD262628 and any and all related ammunition;

(3) a Saiga 7.62 caliber rifle, made in Russia, with the serial number removed and any and all related ammunition;

(4) a Hatsun Arms, Escort Model 12 gauge shotgun, with serial number 043737 and any and all related ammunition;

(5) a Beretta .22 caliber semi-automatic handgun, with serial number P18424 and any and all related ammunition;

(6) a Bushmaster, XM15E25 Model .223 caliber semi-automatic rifle, with serial number L413105 and any and all related ammunition;

(7) $20,063.00 in United States Currency seized from the master bedroom at 2832 Glistening Grove Avenue, Henderson, Nevada 89052;

(8) $6,050.00 in United States Currency seized from the upstairs hall closet at 2832 Glistening Grove Avenue, Henderson, Nevada 89052;

(9) $3,490.00 in United States Currency seized from the Blue Four Door Mitsubishi Sedan bearing Nevada License Plate 756VPA; and

(10) 2003 Black Mitsubishi four door sedan, Nevada License Plate 969VTR VIN: JA3A86E63V078331.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

. . .

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest of Jose Lopez-Lopez in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Lucas M. Foletta
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described assets.

DATED this 12th day of July, 2010.

Gloria M. Navarro
United States District Judge

3