✓ FILED _____ RECEIVED
✓ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG -3 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CR-0108-GMN (LRL) |
| ) | |
| JOSE LOPEZ-LOPEZ, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT JOSE LOPEZ-LOPEZ

On July 13, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 18, United States Code, Section 924(d)(1), 2(C), and (3)(B), Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), forfeiting property of JOSE LOPEZ-LOPEZ to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant JOSE LOPEZ-LOPEZ.

DATED this 3rd day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE