DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
MICHAEL HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SERGIO HERNANDEZ-HERNANDEZ ) <br> aka "Chuy", ) <br> JOSE LOPEZ-LOPEZ, and ) <br> JONATHAN SANCHEZ-MORENO ) <br> aka "Edgar", ) <br> ) <br> Defendants. ) | 2:09-CR-108-GMN (LRL) |

**AMENDED FINAL ORDER OF FORFEITURE**

On November 10, 2010, the United States District Court for the District of Nevada entered a Final Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7), based upon the plea of guilty by defendant Sergio Hernandez-Hernandez to criminal offenses, forfeiting specific property alleged in the Criminal Information and in the Bill of Particulars for Forfeiture of Property and shown by the United States to have a requisite nexus to the offenses to which defendant Sergio Hernandez-Hernandez pled guilty. Docket #94.

On November 10, 2010, the United States District Court for the District of Nevada entered a Final Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7), based upon the plea of guilty by defendant Jose Lopez-Lopez to criminal offenses, forfeiting specific property alleged in the Criminal Information and in the Bill of Particulars for Forfeiture of Property and shown by the United States to have a requisite nexus to the offenses to which defendant Jose Lopez-Lopez pled guilty. #94.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 20, 2010, through August 18, 2010, and from August 9, 2010, through September 7, 2010, notifying all known third parties of their right to petition the Court. #89 and #90.

On April 4, 2011, Victor N. Leong was personally served with the Preliminary Orders of Forfeiture and Notice. #99. On June 8, 2011, the Petition, Stipulation for Return of Property and Order was filed. #104.   On June 10, 2011 , the Order Granting Petition, Stipulation for Return of Property and Order was entered. #105.

This Court finds no other petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B); Title 21, United States Code, Section 881(a)(11) and Title 28,

United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

  (1) a Smith and Wesson, Airlight Model .357 caliber revolver, with serial number DAW5184 and any and all related ammunition;

  (2) a PW Arms 9 mm semi-automatic handgun, with serial number BD262628 and any and all related ammunition;

  (3) a Saiga 7.62 caliber rifle, made in Russia, with the serial number removed and any and all related ammunition;

  (4) a Hatsun Arms, Escort Model 12 gauge shotgun with serial number 043737 and any and all ammunition;

  (5) a Beretta .22 caliber semi-automatic handgun, with serial number P18424 and any and all related ammunition;

  (6) a Bushmaster, XM15E25 Model .223 caliber semi-automatic rifle, with serial number L413105 and any and all related ammunition;

  (7) $20,063.00 in United States Currency seized from the master bedroom at 2832 Glistening Grove Avenue, Henderson, Nevada 89052;

  (8) $6,050.00 in United States Currency seized from the upstairs hall closet at 2832 Glistening Grove Avenue, Henderson, Nevada 89052;

  (9) $3,490.00 in United States Currency seized from the Blue Four Door Mitsubishi Sedan bearing Nevada License Plate 756VPA; and

  (10) 2003 Black Mitsubishi four door sedan, Nevada License Plate 969VTR VIN: JA3A86E63V078331.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

**DATED** this 1st day of July, 2011.

_____
Gloria M. Navarro
United States District Judge